[No. 18019. Department One.  December 15, 1923.]

ARTHUR R. RICHARDSON *et al., Respondents,* v. S. A. WALKER, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Ronald, J., entered December 28, 1922, upon findings in favor of the plaintiffs, in an action on contract, tried to the court. Affirmed.

*Philip Tworoger,* for appellant.
*Silvain & Butler,* for respondents.

TOLMAN, J.—On motion of respondent, the statement of facts was stricken in this case before the cause was reached for hearing on the merits. There is, therefore, now before us nothing save the question of whether the findings of fact made by the trial court support the judgment there entered. The question is not a debatable one. The findings clearly support the judgment, and the judgment is hereby affirmed.

MAIN, C. J., HOLCOMB, PARKER, and MACKINTOSH, JJ., concur.

[1]Reported in 221 Pac. 1119.